**So Ordered.**

**Dated: July 9th, 2018**



*Frank L. Kurtz*
Frank L. Kurtz
Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| In re:<br><br>COLIN O'NEIL,<br><br>Debtor(s) | CASE NO. 17-03273-FLK7<br><br>ORDER REJECTING UNEXPIRED LEASE |
|---|---|

UPON THE MOTION OF THE DEBTOR(s) for an order rejecting an unexpired lease held by TOYOTA LEASE TRUST for a 2018 Toyota Forerunner, there having been no objection to the motion, after notice and hearing as is appropriate, and the court having considered the motion and record herein, and being fully advised in the premises:

IT IS HEREBY, ORDERED, ADJUDGED, and DECREED, as follows: That the unexpired lease held by TOYOTA LEASE TRUST for a 2018 Toyota Forerunner is hereby rejected.

Presented by:

s/Patrick D. McBurney, Jr.
Patrick D. McBurney, Jr. WSBA # 22497
Attorney for the Debtor

ORDER REJECTING AN UNEXPIRED LEASE - 1